# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-896 |
| ) | |
| DARIUS BLY and DARIUS BLY ) | |
| d/b/a SETTLES TURF FARM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 18, 2016, in response to Plaintiffs' Motion for Default Judgment.

Based on a _de novo_ review of the evidence in this case, having reviewed the Amended Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that a default judgment be entered against the Defendant in favor of Plaintiff in the total amount of $189,937.77, which consists of $142,820.86 in unpaid federal employment taxes and $47,116.91 in unpaid federal income taxes,

plus statutory additions to tax that will continue to accrue according to law.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 12, 2016